ELIZABETH BANDA (SBOT No. 24012238)
EBONEY COBB (SBOT No. 24048397)
CHARLES E. BRADY (SBOT No. 24045546)
PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
P.O. Box 13430
Arlington, Texas 76094-0430
Telephone:      (817) 461-3344
Telecopier:     (817) 860-6509
Email:          cbrady@pbfcm.com

Attorneys for City of Cedar Hill

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-34017-BJH-13 |
| Carl Wayne and Glenda Sue Hicks | | |
| | § | Chapter 13 |
| Debtor(s) | § | |

**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, City of Cedar Hill (hereinafter "Taxing Unit"), Creditor(s), and files the following Objection to the confirmation of the Debtor's Chapter 13 Plan (hereinafter "the Plan") and as grounds therefore would state the following:

1.  The Taxing Unit is authorized to levy and assess *ad valorem* taxes on the value of property located within its taxing jurisdictions as of January 1 of each tax year.

2.  The Taxing Unit is a fully secured ad valorem tax Creditor in this case holding first priority perfected liens against property of the Debtor. The Taxing Unit's claim is secured pursuant to the Texas Property Tax Code §§ 32.01 and 32.05.

3.  The Taxing Unit objects to confirmation of the Plan to the extent that it fails to provide for the full amount of its claim for all property taxes due as of the petition date, including

2008 taxes totaling $639.64 plus applicable 506(b) interest at the statutory rate of 12% per annum.

WHEREFORE PREMISES CONSIDERED, the Taxing Unit objects to the Plan, requests that the Plan not be confirmed and for such other relief as is just and proper.

DATED:       10/28/2008

        PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P

        By:/s/ Charles E. Brady
           ELIZABETH BANDA
           SBOT No. 24012238
           EBONEY COBB
           SBOT No. 24048397
           CHARLES E. BRADY
           SBOT No. 24045546
           P.O. Box 13430
           Arlington, Texas 76094-0430
           Telephone: (817) 461-3344
           Telecopier: (817) 860-6509

        Attorney for Taxing Unit

## CERTIFICATE OF CONFERENCE

I hereby certify that I:

☐ Made a good faith effort to negotiate a settlement of this Objection to Confirmation with Debtor's Counsel but no settlement was reached.

☒ Sent an electronic message to Debtor's Counsel on 10/20/2008 in an effort to resolve this Objection to Confirmation and no response was received by the same time on the second business day after such communication.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served on this the 29th day of October, 2008, by first class mail, postage prepaid, upon the following parties:

Carl Wayne & Glenda Sue Hicks
P.O. Box 1567
Cedar Hill, Texas 75106

Hyatt and Denemark
1801 N. Hampton Rd., Suite 470
DeSoto, Texas 75115

Thomas D. Powers
125 E. John Carpenter Fwy., Ste. 1100
Irving, Texas 75062

                                                /s/ Charles E. Brady
                                                Elizabeth Banda
                                                Eboney Cobb
                                                Charles E. Brady