## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In Re:  CARL WAYNE HICKS                                    Case # 08-34017-BJH-13

### Debtor's Certification and Motion for Entry of Discharge
### Pursuant to U.S.C. Section 1328(a)

The Debtor moves for entry of discharge under 11 U.S.C. Section 1328(a) of the Bankruptcy Code.

1.  By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct.

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under Section 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under Chapter 7, 11 or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed Under Chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

    F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

    G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities laws, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under section 1964 of title 18; or (d) criminal act, intentional tort, or willful reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.  I have made all payments required by my confirmed chapter 13 plan.

Signed: _____          _____
              Debtor                                             Attorney for Debtor

**Debtor's Certification and Motion for Entry of Chapter 13 Discharge**
Page 2
Case # 08-34017-BJH-13

## NOTICE

A HEARING MAY NOT BE CONDUCTED UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES COURT, 1100 COMMERCE STREET, ROOM 1254, DALLAS, TX 75242-1496, BEFORE CLOSE OF BUSINESS TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3) ANY TRUSTEE AND THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE ATTORNEY FOR ANY OFFICIAL COMMITTEE IF ANY ATTORNEY HAS BEEN EMPLOYED; OR, IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5) ANY PARTY NAMED ON A COURT-APPROVED ALTERNATIVE SERVICE LIST; (6) ALL PARTIES REQUESTING NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 2002-1(J); (7) THE RESPONDING PARTIES; AND ANY OTHER AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

**Debtor's Certification and Motion for Entry of Chapter 13 Discharge**
Page 3
Case # 08-34017-BJH-13

### Certificate of Service

I hereby certify that a copy of the foregoing "Debtor's Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. Section 1328(a)" has been served by electronic notice and/or United States First Class Mail to the following parties:

| | |
|---|---|
| Debtors: | Carl Wayne & Glenda Sue Hicks, P O Box 1567, Cedar Hill, Tx 75106 |
| Attorney: | Hyatt And Denemark, 1510 N Hampton Rd, Suite 310, Desoto, Tx 75115 |
| Creditor(s): | 3M Benefits, 3M Center Bldg 022402W1S, St Paul, Mn 55144-1000 |
| | Attorney General Of Texas, Collections Div-Bankruptcy Sec, Po Box 12548, Austin, Tx 78711-2548 |
| | Bank Of America Na, Po Box 26012, Nc4 105 03 14, Greensboro, Nc 27420 |
| | Baylor Hospital, 3500 Gaston Ave, Dallas, Tx 75246 |
| | Chase Bank Usa Na, Co Creditors Bankruptcy Serv, Po Box 740933, Dallas, Tx 75374 |
| | City Of Cedar Hill, Co Perdue Brandon Fielder, Po Box 13430, Arlington, Tx 76094-0430 |
| | County Of Dallas, Co Linebarger Goggan Blair, 2323 Bryan Street Suite 1600, Dallas, Tx 75201-2644 |
| | Dr Choa, 621 N Hall St Ste 400, Dallas, Tx 75226 |
| | Dr Grdin Aalund, 1650 West College, Grapevine, Tx 76051 |
| | Dr Jain, 1650 West College, Grapevine, Tx 76051 |
| | Dr Richard Ahn, 1001 Robbie Mince Way, Desoto, Tx 75115 |
| | Ecast Settlement Corporation, Po Box 35480, Newark, Nj 07193-5480 |
| | Ge Money Bank, Recovery Management Systems, 25 Se 2Nd Ave Ste 1120, Miami, Fl 33131 |
| | Gmac, Po Box 130424, Roseville, Mn 55113 |
| | Hon John Ashcroft, Attorney General Of The United, 1Oth And Pennsylvania Ave, Washington, Dc 20538 |
| | Internal Revenue Service, Special Procedures, 1100 Commerce St 5024 Dal, Dallas, Tx 75242 |
| | Linebarger Goggan Blair Sampso, 2323 Bryan St, 1720 Univision Center, Dallas, Tx 75201-2644 |
| | Methodist Cardiac Rehab, 3500 W Wheatland Rd, Dallas, Tx 75237 |
| | Paul Mcdonnell, 4080 Lemon St 1St Flr, Riverside, Ca 92502 |
| | Perdue Brandon Fielder Co, Po Box 13430, Arlington, Tx 76094-0430 |
| | State Comptroller, Revenue Accounting Div Bankrup, Po Box 13528, Austin, Tx 78711 |
| | Sun Dune Villas, 40 215 Harris Lane, Palm Desert, Ca 92211 |
| | Sundune Villas Va Plan Phase, Co Tricom Management, Po Box 61328, Phoenix Ax, 85082-1328 |
| | Texas Alcoholic Beverage Comm, Licenses And Permits Division, Po Box 13127, Austin, Tx 78711-3127 |
| | Texas Employment Commission, Tec Building Bankruptcy, 101 East 15Th Street, Austin, Tx 78714-9080 |
| | United States Attorney, 801 Cherry Street, Unit 4, Fort Worth, Tx 76102-6882 |
| | Verizon Wireless, Po Box 660108, Dallas, Tx 75266 |
| | Visa Chase, Po Box 94014, Palatine, Il 60094-4014 |

Dated: _JULY 11, 2012_          _/s/ H. Denemark_
                                                  HYATT AND DENEMARK

RECEIVED OCT 2 1 2008

Certificate Number: 01264-TXN-DE-005177131

Bankruptcy Case Number: 08-34017

## CERTIFICATE OF DEBTOR EDUCATION

I certify that on October 16, 2008, at 4:00 o'clock PM CDT,

CARL W HICKS completed a course on personal financial

management given in person by

Tom Powers, Chapter 13 Standing Trustee,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Texas.

Date: October 17, 2008    By   /s/Alicia Ferrell

Name  Alicia Ferrell

Title  Newcase Department